■ BARBARA A. DILLABOUGH, Respondent, v GENERAL ACCIDENT INSURANCE COMPANY, Appellant. [608 NYS2d 911] —Order insofar as appealed from unanimously reversed on the law